1  McGREGOR W. SCOTT
   United States Attorney
2  MARK J. McKEON
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

FILED

NOV 15 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___C. ESTEVES___
                DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR.NO. 1:07CR304 OWW |
|---|---|
| Plaintiff, | ) EX PARTE MOTION TO SEAL |
| | ) INDICTMENT PURSUANT |
| v. | ) TO RULE 6(e), FEDERAL |
| | ) FEDERAL RULES OF |
| RAUL VERA VILLA, | ) CRIMINAL PROCEDURE |
| aka Enrique Villa | ) |
| Defendant. | ) |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on November 15, 2007, charging the above defendant with a violation of Title 18, United States Code, Section 641 - Theft of Government Property and other violations, be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued

1 | pursuant thereto, except when necessary for the issuance and
2 | execution of the warrants.
3 | DATED: November 15, 2007          Respectfully submitted,
4 |                                   McGREGOR W. SCOTT
  |                                   United States Attorney
5 |
  |                                   By
6 |                                     MARK J. McKEON
  |                                   Assistant U.S. Attorney
7 |
8 |     ORDERED as prayed this 15TH day of November 2007
9 |
10|                                   _____
  |                                   U.S. Magistrate Judge