BENJAMIN B. WAGNER
United States Attorney
MARK J. MCKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:07-CR-304-LJO |
| Plaintiff, | MOTION TO DISMISS INDICTMENT; [PROPOSED] ORDER |
| v. | |
| RAUL VERA VILLA, aka ENRIQUE VILLA, | |
| Defendant. | |

On November 15, 2007, the Grand Jury returned a sealed indictment against Raul Vera Villa, aka Enrique Villa. The government has learned that the defendant is now deceased. Accordingly, the government moves to demises the pending indictment pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The government also moves to unseal the indictment.

Dated: August 11, 2014                              BENJAMIN B. WAGNER
                                                    United States Attorney


                                                By: /s/ MARK J. MCKEON
                                                    MARK J. MCKEON
                                                    Assistant United States Attorney

                                                ORDER

IT IS SO ORDERED:

Dated: August 11, 2014
                                                    _____
                                                    UNITED STATES DISTRICT JUDGE